UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Juan Aviles, et al.

                                  Plaintiff,

v.                                                    Case No.: 1:15−cv−08540
                                                            Honorable Samuel Der−Yeghiayan

Visanu Thai 55, Inc., et al.

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, November 24, 2015:

       MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a settlement conference. The parties are ordered to appear for status on 12/8/15 at 10:00 a.m. in Courtroom 1041 to set a settlement conference date. The Parties are further directed to consult with their respective clients before the status date to determine the dates of unavailability for a settlement conference that may be set within the next eight weeks. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.