**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Juan Aviles, et al.
                              Plaintiff,
v.                                              Case No.: 1:15−cv−08540
                                                Honorable Samuel Der−Yeghiayan
Visanu Thai 55, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 5, 2016:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 04/19/16 at 9:00 a.m. No one appeared on behalf of the Defendants on the Court's noticed hearing. Counsel for Plaintiffs advised the Court that the parties have settled the case but have not finalized it. Counsel for Defendants are warned that failure to appear on a Court's noticed hearing may result in a default being entered pursuant to Local Rule 41.1. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.