# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Juan Aviles, et al.

                              Plaintiff,

v.                                          Case No.: 1:15−cv−08540
                                            Honorable Samuel Der−Yeghiayan

Visanu Thai 55, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 19, 2016:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel for Plaintiffs appeared and reported to the Court that the parties have reached a settlement. Plaintiffs' request to voluntarily dismiss the action without prejudice to move to reinstate by 06/29/2017. In the event no party moves to reinstate by 06/29/2017, the dismissal shall become a dismissal with prejudice at that time. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.